NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MICHAEL PENNINGTON, | : | |
| | : | Civil Action No. 13-2692 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| C. RAY HUGHES, et al., | : | |
| | : | |
| Respondents. | : | |

**APPEARANCES:**

Michael Pennington
Southern State Correctional Facility
4295 Route 47
Delmont, NJ 08314
    Petitioner pro se

**KUGLER,** District Judge

    Petitioner Michael Pennington, a prisoner confined at Southern State Correctional Facility in Delmont, New Jersey, has filed a Petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, challenging his conviction of robbery.

    The filing fee for a petition for writ of habeas corpus is $5.00. Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing. Pursuant to Local Civil Rule 81.2(b), whenever a prisoner submits a petition for writ of habeas and seeks to proceed in forma pauperis, that petitioner must submit (a) an affidavit setting forth

information which establishes that the petitioner is unable to pay the fees and costs of the proceedings, and (b) a certification signed by an authorized officer of the institution certifying (1) the amount presently on deposit in the prisoner's prison account and, (2) the greatest amount on deposit in the prisoners institutional account during the six-month period prior to the date of the certification. If the institutional account of the petitioner exceeds $200, the petitioner shall not be considered eligible to proceed in forma pauperis. Local Civil Rule 81.2(c).

Petitioner did not prepay the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor did Petitioner submit an application for leave to proceed in forma pauperis.

In addition, the Court notes that Petitioner failed to sign the Petition as required by Rule 11 of the Federal Rules of Civil Procedure.

## CONCLUSION

For the reasons set forth above, the Clerk of the Court will be ordered to administratively terminate the Petition without prejudice. Petitioner will be granted leave to apply to re-open within 30 days, by either prepaying the filing fee or submitting a complete application for leave to proceed in forma pauperis. Any application to re-open must be accompanied by a signed copy of the Petition.

An appropriate Order will be entered.

                                                    s/Robert B. Kugler
                                                    Robert B. Kugler
                                                    United States District Judge

Dated: May 21, 2013